B6C (Official Form 6C) (12/07)

In re **Regina Lou Hilton**                    Case No. **09-70199-HDH-7**
                                                              (If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 907 E Ikard, Henrietta, Clay Co., TX 76365 Homestead: Lt 1 & W/10' Lt 2 Blk E Rodgers Addn | 11 U.S.C. § 522(d)(1) | $131.00 | $89,760.00 |
| Checking @ Community State Bank | 11 U.S.C. § 522(d)(5) | $1,000.00 | $1,000.00 |
| Business Checking @ First National Bank of Byers | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| Savings @ Legend Bank | 11 U.S.C. § 522(d)(5) | $3,649.94 | $3,649.94 |
| Savings @ Community State Bank | 11 U.S.C. § 522(d)(5) | $4,220.06 | $5,300.59 |
| Household & Furnishing | 11 U.S.C. § 522(d)(3) | $2,000.00 | $2,000.00 |
| Clothing | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| 357 2" Smith and Wesson | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| Golf Clubs | 11 U.S.C. § 522(d)(5) | $30.00 | $30.00 |
| 1999 Ford Mustang | 11 U.S.C. § 522(d)(2) | $2,500.00 | $2,500.00 |
| tanning bed (personal) | 11 U.S.C. § 522(d)(5) | $2,000.00 | $2,000.00 |
| | | **$16,331.00** | **$107,040.53** |